E-FILED
Tuesday, 07 April, 2009 03:06:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| BRIAN OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-2151 |
| ) | |
| DUNN COMPANY, MARK STAHL, ) | |
| and DAVID TYROLT, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

In August 2007, Plaintiff Brian Oliver filed a Complaint (#1) against Defendant Dunn Company, alleging violations of federal law related to Plaintiffs' employment. In October 2008, Plaintiff filed a First Amended Complaint (#15), adding claims against Defendants Mark Stahl and David Tyrolt. Federal jurisdiction is based on federal question pursuant to 28 U.S.C. § 1331 because Plaintiffs have raised claims based on federal statutes.

In December 2008, Defendant Stahl filed a Motion To Dismiss (#21) and Defendant Tyrolt filed a Motion To Dismiss (#27) in which he adopted by reference Stahl's Memorandum in Support of Motion To Dismiss (#22). Plaintiff subsequently filed his Opposition to Defendants' Motions To Dismiss (#33). In April 2009, after reviewing the parties' pleadings and memoranda, this Court recommended, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant Stahl's Motion To Dismiss (#21) be denied. *See* Report and Recommendation (#47).

Defendant Tyrolt has raised the same issues in his motion to dismiss as Defendant Stahl raised. Consistent with its previous Report and Recommendation, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant Tyrolt's Motion To Dismiss **(#27)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within ten (10) working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 7th day of April, 2009.

                                                       s/ DAVID G. BERNTHAL
                                                     U.S. MAGISTRATE JUDGE