### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| BRIAN OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-CV-2151 |
| ) | |
| DUNN COMPANY, MARK STAHL, ) | |
| and DAVID TYROLT, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Two Reports and Recommendations (#47, #48) were filed by Magistrate Judge David G. Bernthal in the above cause on April 7, 2009. More than ten (10) days have elapsed since the filing of the Recommendations and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendations are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

In addition, Plaintiff, Brian Oliver, filed an Objection to Magistrate Judge's Order on Plaintiff's Motion to Quash (#50). Plaintiff asked this court to overturn Judge Bernthal's Order (#43) which denied Plaintiff's Motion to Quash thirty-three subpoenas Defendant Mark Stahl served on Plaintiff's former employers. On April 22, 2009, Defendant Stahl filed his Response to Plaintiff's Objection (#51). This court has carefully reviewed Plaintiff's Objection and Defendant Stahl's Response. Following this careful review, this court concludes that Plaintiff has not shown that Judge Bernthal's ruling was "clearly erroneous" or "contrary to law." See Fed. R. Civ. P. 72(a). This court therefore declines to set aside Judge Bernthal's Order and Plaintiff's Objection (#50) is DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#47, #48) are accepted by this court.

(2) Defendant Stahl's Motion to Dismiss (#21) is DENIED. Defendant Stahl is allowed

twenty-one (21) days to file his Answer to Plaintiff's First Amended Complaint (#15).

(3) Defendant Tyrolt's Motion to Dismiss (#27) is DENIED.  Defendant Tyrolt is allowed twenty-one (21) days to file his Answer to Plaintiff's First Amended Complaint (#15).

(4) Plaintiff's Objection to Magistrate Judge's Order on Plaintiff's Motion to Quash (#50) is DENIED.

(5) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 28th day of April, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE